# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

JENNIFER M. STRAW AND THOMAS P. STRAW, INDIVIDUALLY AND AS CO-ADMINISTRATORS OF THE ESTATE OF ELIJAH C. STRAW, DECEASED; AND ROWAN J. STRAW, A MINOR, BY AND THROUGH HIS PARENTS AND NATURAL GUARDIANS, JENNIFER M. STRAW AND THOMAS P. STRAW

: No. 314 WAL 2018
:
:
:
:
: Petition for Allowance of Appeal from
: the Order of the Superior Court
:
:
:
:
:
:

v.

:
:
:
:
:

KIRK A. FAIR AND GOLON MASONRY RESTORATION, INC.

:
:
:
:
:
:

v.

:
:
:
:

PITTSBURGH LUBES, INC., D/B/A JIFFY LUBE, TOWER AUTO SALES & SERVICE, NATIONAL AUTOMOTIVE PARTS ASSOCIATION-NAPA AUTO PARTS T/D/B/A NAPA

:
:
:
:
:
:
:
:

v.

:
:
:
:

THOMAS P. STRAW

:
:
:
:

PETITION OF: FAYETTE PARTS SERVICE, INC., INCORRECTLY IDENTIFIED AS NATIONAL AUTOMOTIVE PARTS ASSOCIATION - NAPA AUTO PARTS T/D/B/A NAPA

:
:
:
:
:
:

JENNIFER M. STRAW AND THOMAS P. STRAW, INDIVIDUALLY AND AS CO-ADMINISTRATORS OF THE ESTATE OF

: No. 315 WAL 2018
:
:

ELIJAH C. STRAW, DECEASED; AND ROWAN J. STRAW, A MINOR, BY AND THROUGH HIS PARENTS AND NATURAL GUARDIANS, JENNIFER M. STRAW AND THOMAS P. STRAW

     v.

KIRK A. FAIR AND GOLON MASONRY RESTORATION, INC.

     v.

PITTSBURGH LUBES, INC. D/B/A JIFFY LUBE, TOWER AUTO SALES & SERVICE, NATIONAL AUTOMOTIVE PARTS ASSOCIATION-NAPA AUTO PARTS T/D/B/A NAPA

     v.

THOMAS P. STRAW

PETITION OF: FAYETTE PARTS SERVICE, INC., INCORRECTLY IDENTIFIED AS NATIONAL AUTOMOTIVE PARTS ASSOCIATION - NAPA AUTO PARTS T/D/B/A NAPA

: Petition for Allowance of Appeal from
: the Order of the Superior Court

## ORDER

**PER CURIAM**

    **AND NOW**, this 15th day of February, 2019, the Petition for Allowance of Appeal is **DENIED**.